IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE ESTATE OF                                                                                      PLAINTIFFS
JOSEPH CONWAY MANUS, et al.

V.                                                                 CIVIL ACTION NO. 1:11-CV-00149-SA-DAS

WEBSTER COUNTY, MISSISSIPPI, et al.                                                DEFENDANTS

## ORDER DISMISSING CLAIMS
## AGAINST COUNTY DEFENDANTS

The Court has been advised by counsel that Plaintiffs' claims against Defendants Webster County, Mississippi, Sheriff Phillip Bowen Smith, Jeremy Kilgore, Derek Mays, Shay Holmes, and Toby Britt have been settled, or are in the process of being settled.

**IT IS HEREBY ORDERED** that Plaintiffs' claims against these Defendants be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 31st day of July, 2014.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**