IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE ESTATE OF                                                                          PLAINTIFFS
JOSEPH CONWAY MANUS, et al.

V.                                                          CIVIL ACTION NO. 1:11-CV-00149-SA-DAS

CITY OF EUPORA, MISSISSIPPI, et al.                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law entered this day, the Court enters judgment in favor of Defendants. CASE CLOSED.

SO ORDERED AND ADJUDGED, this the 31st day of March, 2015.

                                                 /s/ Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE